# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-7489-TJH(CW) | Date | March 19, 2012 |
|---|---|---|---|
| Title | Sabi Jooksi Urias Caceres v. Timothy Robbins et al. | | |

| Present: The Honorable | Carla Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers)

In an Order filed November 17, 2011 (docket no. 11), pursuant to stipulation, the court ordered this action consolidated with <u>Rodriquez v. Robbins</u>, CV 07-3239-TJH(RNBx), a class action in this court. In a minute order filed November 18, 2011 (docket no. 12), the court further ordered that counsel file a joint status report every one hundred and twenty days under the current caption and case number. On March 16, 2012, counsel filed a joint status report (docket no. 13) indicating that Petitioner had been "physically removed" from the United States, was no longer detained by the Department of Homeland Security, and was no longer a class member in the class action <u>Rodriquez v. Robbins</u>, CV 07-3239-TJH(RNBx).

In light of the above, counsel are **ORDERED TO SHOW CAUSE** in writing, on or before March 26, 2012, as to any reason why the court should not withdraw the order consolidating this action and dismiss this action as moot.


cc: All Counsel