UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABI JOOKSI URIAS-CACERES, | No. CV 11-7489-TJH(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| TIMOTHY ROBBINS, et al., | |
| Respondent. | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: March 28, 2012

*Terry J. Hatter, Jr.*
TERRY J. HATTER, JR.
United States District Judge